RECEIVED
2011 JAN 24 P 1:00

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMNICELL, INC. and PANDORA DATA SYSTEMS, INC.

Plaintiff,

v.

MEDACIST SOLUTIONS GROUP, LLC

Defendant.

CASE NO. 5:10-CV-04746-LHK

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Benjamin C. Jensen, Esq. , whose business address and telephone number is Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut, 06103-3597, telephone (860) 275-8236.

and who is an active member in good standing of the bar of Connecticut having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Medacist Solutions Group, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 26, 2011

*Lucy H. Koh*
United States District Judge