IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN 31 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMNICELL, INC. and PANDORA DATA SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> MEDACIST SOLUTIONS GROUP, LLC <br><br> Defendant. | CASE NO. 5:10-cv-04746-HRL <br><br> ~~(Proposed)~~ <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

John D. Cadkin, whose business address and telephone number is

Kilpatrick Townsend & Stockton LLC
1400 Wewatta St., Ste. 600, Denver, CO 80202
(303) 571-400

and who is an active member in good standing of the bar of the State of Colorado having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Omnicell, Inc. and Pandora Data Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 2, 2011

*Lucy H. Koh*
United States District Judge