UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Omnicell, Inc., and Pandora Data Systems, Inc., <br><br> Plaintiffs, <br> v. <br><br> Medacist Solutions Group, LLC, <br><br> Defendant. | Case No.: 10-CV-04746-LHK <br><br> ORDER PERMITTING FILING UNDER SEAL |

On January 13, 2011, Plaintiffs Omnicell, Inc., and Pandora Data Systems, Inc., moved to file a number of documents under seal. While the Court granted the motion with respect to certain documents, the Court found that the request to seal the following four documents in their entirety was not justified: (1) Plaintiffs' response to Defendant's Motion, (2) Exhibit G to Plaintiffs' response, (3) Exhibit H to Plaintiffs' response, and (4) the Declaration of Lora M. Nunes. In compliance with the Court's order, Plaintiffs filed redacted versions of their Response to Defendant's Motion and the Declaration of Lora M. Nunes. The Court finds that the redacted versions of these documents are sufficiently narrowly tailored to seal only sealable material. Accordingly, the Court GRANTS Plaintiffs' request to file these documents under seal.

Additionally, in response to the Court's prior order, Plaintiffs filed public, unredacted versions of Exhibits G and H. It also appears that unredacted versions of these documents are attached to Plaintiffs' Complaint and thus are already a part of the public record. *See* Compl. Ex.

1

1  B-C.  Thus, there is no need to seal these documents, and Plaintiffs' motion to seal Exhibits G and
2  H documents is DENIED.
3  **IT IS SO ORDERED.**
4
5  Dated: February 9, 2011
   _____
6  LUCY H. KOH
   United States District Judge

Case No.: 10-CV-04746-LHK
ORDER PERMITTING FILING UNDER SEAL